UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Cazenovia Village Apartments Company,
Chittenango Housing for the Elderly,
Falls Court Properties Company,                Civil No.
                                                03-CV-00316(NPM/DEP)
                    Plaintiffs,

    vs.

United States Department of Agriculture,

                    Defendants.

### STIPULATION CANCELING ACTION

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys or record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 7 2009

                              ANDREW T. BAXTER,
                              Acting United States Attorney for
                              the Northern District of New York

                         BY: _____
                              William Larkin
                              Assistant United States Attorney
                              Attorney(s) for Defendant
                                United States Department of
                                Agriculture
                              P.O. Box 7198
                              100 South Clinton Street
                              Syracuse, NY 13261-7198
                              Telephone: (315) 448-0672

IT IS SO ORDERED:

_Neal P. McCurn_
Neal P. McCurn
U.S. District Judge
Dated: November 4, 2009
    Syracuse, NY

HARRIS BEACH
ATTORNEYS AT LAW

*(signature)*
Frank A. Bersani, Jr.
Attorney(s) for Plaintiffs,
  Falls Court Properties Company,
  Morris Winkler and
  George H. Kidney, jr.
306 Syracuse Building
224 Harrison Street
Syracuse, New York   13202

HARRIS BEACH PLLC
ATTORNEYS AT LAW